FILED

2026 Jul-13  PM 02:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 2:26-cr-146-EGL-NAD** |
| **JASON ERIC ALLISON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

On June 29, 2026, the United States Magistrate Judge entered a report and recommendation concerning the defendant's plea of guilty (Doc. 19), to which the parties have not filed objection to the recommendation.

Accordingly, it is **ORDERED** that the magistrate judge's recommendation (Doc. 19), is **ADOPTED**, the court **ACCEPTS** the defendant's plea of guilty, and the defendant is adjudged guilty as charged in counts 1, 2, and 3 of the indictment.

**DONE** and **ORDERED** this 13th day of July, 2026.

_____
**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE